# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2904 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 106 DB 2022 |
| | : | |
| | : | (Lackawanna County Court of Common |
| v. | : | Pleas, Criminal Division No. CP-35-CR- |
| | : | 1526-2022) |
| | : | |
| COREY JOHN KOLCHARNO, | : | Attorney Registration No. 87087 |
| | : | |
| Respondent | : | (Lackawanna County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2022, the Joint Petition for Temporary Suspension is **GRANTED**. Corey John Kolcharno is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order are specifically preserved. *See* Pa.R.D.E. 214(f)(2).